JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James P. Mulay,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC,<br><br>    Defendants. | CV 20-690 PA (JCx)<br><br>JUDGMENT |

Pursuant to the Court's March 18, 2020 Minute Order dismissing this action for failure to comply with the Court's Order Setting Scheduling Conference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 19, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE